# EXHIBIT A



# LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | PORTFOLIO RECOVERY ASSOCIATES, L.L.C. | **File Number** | 02501457 |
| **Status** | ACTIVE | **On** | 02/21/2013 |
| **Entity Type** | LLC | **Type of LLC** | Foreign |
| **File Date** | 04/14/2008 | **Jurisdiction** | DE |
| **Agent Name** | ILLINOIS CORPORATION SERVICE C | **Agent Change Date** | 06/06/2013 |
| **Agent Street Address** | 801 ADLAI STEVENSON DRIVE | **Principal Office** | 120 CORPORATE BLVD NORFOLK, VA 23502 |
| **Agent City** | SPRINGFIELD | **Management Type** | MBR   View |
| **Agent Zip** | 62703 | **Duration** | PERPETUAL |
| **Annual Report Filing Date** | 02/21/2013 | **For Year** | 2013 |
| **Series Name** | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

**Purchase Certificate of Good Standing**

(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT B

Print this Listing

1/24/2014  **Illinois Division of Professional Regulation**  10:49:58 AM

**SEARCH FOR LICENSEE BY PROFESSION:**
**Collection Agency, Licensed**
**THERE ARE 1 RECORDS WHOSE NAME CONTAINS: Portfolio Recovery**

| Licensee's Name | DBA/AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Discplned? |
|---|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES LLC | | 017021124 | ACTIVE | NORFOLK, VA | 05/08/2008 | 05/31/2015 | N |

**Page 1**

# EXHIBIT C

2769064

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIRST DISTRICT, COOK COUNTY

PORTFOLIO RECOVERY ASSOCIATES LLC
Plaintiff

vs.

SHARON WILSON

Defendant(s)

Case No: 14M1 100679

Amount Claimed: $8429.83 + costs

Return Date: 02-06-14

FILED-31
2014 JAN -8 AM 11:23
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
CIVIL DIVISION

## COMPLAINT

The Plaintiff, PORTFOLIO RECOVERY ASSOCIATES LLC, claims as follows:

1. The Defendant(s) SHARON WILSON
   is/are a resident of COOK County, Illinois.

2. The Defendant(s) opened a charge account with CHASE BANK USA, N.A. HERITAGE BANK ONE, agreeing to make monthly payments for the purchases charged to the account.

3. Plaintiff is the successor in interest of said account from CHASE BANK USA, N.A. HERITAGE BANK ONE having purchased said account in the regular course of business in good faith and for value.

4. The Defendant(s) did make purchases and charged same to the account but failed to make the monthly payments called for on the account. There is a balance due and owing $8429.83.
   (See Client affidavit as Plaintiff's Exhibit No. 1.)

5. Plaintiff declared Defendant(s) to be in default and demands payment of balance.

WHEREFORE, the Plaintiff, PORTFOLIO RECOVERY ASSOCIATES LLC, prays for judgment against the Defendant(s), SHARON WILSON , in the amount of $8429.83 plus costs.

Blatt, Hasenmiller, Leibsker & Moore, LLC - 01237
125 South Wacker Drive, Suite 400
Chicago, IL 60606
(866) 269-9858
dlservice@bhlmlaw.com

THIS COMMUNICATION IS FROM A DEBT COLLECTOR

BLCCP (02/2003)

# EXHIBIT D

**Debtors Legal Clinic**
79 W. Monroe Street, Suite 1213
Chicago, IL 60603
(312)765-7561

# fax

| TO: | Blatt Hasenmiller | FROM: | Andrew Finko |
|---|---|---|---|
| FAX: | (312) 704-9430 | PAGES: | 2 |
| PHONE: | | DATE: | 4/8/2014 |
| RE: | Portfolio Recovery v. Sharon Wilson | CC: | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Comments: Please find Judge Burrell's order setting a new trial for this matter on May 12, 2014, at 9:30 in room 1101. Client erroneously thought she could only participate in the case if she paid a filing fee, and even though she didn't owe the debt she failed to show up for trial. Judge Burrell vacated that default judgment. Our office has filed an appearance and CLSP in the matter, a copy of which was mailed to your office. Please contact our office with any questions. /s A. Finko, Atty. For Defendant.

ORDER/MOTION CALL (This form replaces CCM1 0642)                                   CCM 0624 /1101

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## FIRST MUNICIPAL DISTRICT

PORTFOLIO RECOVERY ASSOCIATES LLC
Plaintiff

NO. 14M1 100679

LINE NO. 6

vs.

SHARON WILSON

Defendant

## MOTION CALL ORDER

Present before the court: [ ] Plaintiff [X] Defendant [ X ] Plaintiff's Counsel [ X ] Defendant's Counsel
This matter having come before the court, the court having jurisdiction and being fully advised,

**IT IS HEREBY ORDERED:**

- [ ] (4902) To Vacated DWP of _____ is Granted.
- [ ] (5902)
- [X] (4902) To Vacate Default Judgment of 2-20-14 _____ is Denied. is Granted.
- [ ] (4482) and this case is set for Trial on _____, ____ at ___ a.m./p.m. in Rm. ___
- [X] (4482) for Status on May 12, 2014 at 9:30 a.m./p.m. in Rm. 1101
- [ ] (5902) To Vacate the Default Judgment of _____ is Granted.
- [ ] (4902) To Vacate the Dismissal of _____ is Granted.
  and case is reinstated; Judgment for _____
- [ ] (4001) in the amount of $_____.
- [ ] (4384) To Vacate Installment Order of _____ is GRANTED, Judgment to stand.
- [ ] (4280) For Summary Judgment in favor of _____ is GRANTED.
- [ ] (5280) is DENIED.
- [ ] (4226) To Dismiss as to Defendant _____ is GRANTED.
- [ ] (5226) is DENIED.
- [ ] ( ) Motion to/for _____ is CONTINUED
- [ ] ( ) for HEARING at ___ a.m./p.m. on, _____, ____ in Rm. ___
- [ ] ( ) with the following briefing schedule: _____

- [ ] ( ) Judgment is entered in favor of the Plaintiff _____ and against
  the Defendant _____ in the sum of $_____ plus court costs.
- [ ] ( ) _____
- [ ] ( ) See Attached Order: _____

Attorney No. 01237
Blatt, Hasenmiller, Leibsker & Moore, LLC
Attorney for Plaintiff
125 S. Wacker Drive, Suite 400
Chicago, Illinois 60606-4440
(312)704-9440
dlservice@bhlmlaw.com
Ref # 2769064

_____ 20____

ENTER:

Judge                Judge's No.

Judge Anthony L. Burrell
APR 03 2014
Circuit Court-1849

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

PLTOMCOI

# EXHIBIT E


**Names Reported:** SHARON D. WILSON

**PORTFOLIO RECOVERY #**
120 CORPORATE BLVD
NORFOLK, VA 23502
(800) 772-1413

| | | | | | |
|---|---|---|---|---|---|
| **Placed for collection:** | 04/26/2011 | **Balance:** | $8,430 | **Pay Status:** | >In Collection< |
| | | **Date Updated:** | 06/05/2014 | | |
| **Responsibility:** | Individual Account | **Last Payment Made:** | 08/04/2009 | | |
| **Account Type:** | Open Account | **Original Amount:** | $8,430 | | |
| **Loan Type:** | FACTORING COMPANY ACCOUNT | **Original Creditor:** | CHASE BANK USA N A | | |
| | | **Past Due:** | >$8,430< | | |

**Remarks:** >PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:** 08/2016