UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON WILSON, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Case No. 14-cv-5111 |
| v. ) | |
| ) | Honorable Andrea R. Wood |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC, and BLATT, ) | Magistrate Judge Sidney I. Schenkier |
| HASENMILLER, LEIBSKER & ) | |
| MOORE, LLC, ) | |
| ) | |
| DEFENDANTS. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorney, that pursuant to Rule 41(a) (1) (A) (i) of the Federal Rules of Civil Procedure, the above-titled action against Defendants shall be and hereby is dismissed without prejudice and on the merits, with each side to bear its own fees and costs. However, if this case is not refiled within 45 days of the filing of this stipulation, Plaintiff respectfully requests that this Honorable Court then dismiss the case with prejudice and on the merits, with each side to bear its own fees and costs.

**Dated: December 19, 2014**                                    Respectfully submitted,

                                                                By:    /s/ Bryan Paul Thompson

Michael Wood
Andrew Finko
Bryan Thompson
***Wood Finko & Thompson P.C.***
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312)757-1880
Fx: (312)265-3227

**CERTIFICATE OF SERVICE**

      I, Bryan Paul Thompson, an attorney, hereby certify that on December 19, 2014, I electronically filed the foregoing Notice of Dismissal using the CM/ECF system, which will send notification of such filing to all registered participants on the system.

Dated: December 19, 2014                          Respectfully submitted,

                                                 By:    /s/ Bryan Paul Thompson

Michael Wood
Andrew Finko
Bryan Thompson
***Wood Finko & Thompson P.C.***
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312)757-1880
Fx: (312)476-1362
mwood@woodfinkothompson.com
afinko@woodfinkothompson.com
bthompson@woodfinkothompson.com