# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHARON WILSON, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Case No. 14-cv-5111 |
| v. ) | |
| ) | Honorable Andrea R. Wood |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC, and BLATT, ) | Magistrate Judge Sidney I. Schenkier |
| HASENMILLER, LEIBSKER & ) | |
| MOORE, LLC, ) | |
| ) | |
| DEFENDANTS. ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorney and the Defendants and Defendants' attorneys, that pursuant to Rule 41(a) (1) (A) (ii) of the Federal Rules of Civil Procedure, the above-titled action against the Defendants shall be and hereby is dismissed without prejudice and on the merits, with each side to bear its own fees and costs.

However, if this case is not refiled within 45 days of the filing of this stipulation, Plaintiff respectfully requests that this Honorable Court then dismiss the case with prejudice and on the merits, with each side to bear its own fees and costs.

**Dated: January 6, 2015**

By:   /s/ Bryan Paul Thompson

Michael Wood
Andrew Finko
Bryan Thompson
***Wood Finko & Thompson P.C.***
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312)757-1880
Fx: (312)265-3227
*Attorneys for Plaintiff Sharon Wilson*

By: s/ Katherine H. Tresley
Katherine H. Tresley, Esq.
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL  60602
312 704 3202
ktresley@hinshawlaw.com
*Attorneys for Defendant Portfolio Recovery Associates, LLC*


By: s/  David L. Hartsell

David L. Hartsell
McGuireWoods LLP
77 West Wacker Dr., Ste. 4100
Chicago, IL 60601-1818
312-750-8898 (Direct)
312-961-1867 (Cell)
dhartsell@mcguirewoods.com

*Attorneys for Defendant Blatt, Hasenmiller, Leibsker & Moore, LLC*

## **CERTIFICATE OF SERVICE**

      I, Bryan Paul Thompson, an attorney, hereby certify that on January 6, 2015, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: January 6, 2015**                                                                   Respectfully submitted,

                                                                                    By:    /s/ Bryan Paul Thompson

Michael Wood
Andrew Finko
Bryan Thompson
***Wood Finko & Thompson P.C.***
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312)757-1880
Fx: (312)476-1362
mwood@woodfinkothompson.com
afinko@woodfinkothompson.com
bthompson@woodfinkothompson.com