## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Sharon Wilson

                Plaintiff,

v.                                      Case No.: 1:14–cv–05111
                                              Honorable Andrea R. Wood

Portfolio Recovery Associates, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 7, 2015:

      MINUTE entry before the Honorable Andrea R. Wood: The parties having filed a stipulation of dismissal signed by all parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [36], this case is dismissed without prejudice and with each side to bear its own fees and costs. If no party files a motion to reinstate this case within 45 days of the date of the stipulation, the dismissal will become with prejudice without further order of the Court. Civil case terminated. Mailed notice (ac, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.